**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK J. JONES,<br><br>          Petitioner,<br><br>    vs.<br><br>LARRY SCRIBNER, WARDEN,<br><br>          Respondent. | CASE NO. CV 09-00019 JVS (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a <u>de</u> <u>novo</u> review of those portions of the Report to which Petitioner has objected.  The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: July 10, 2009

*James V. Selna*

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE