**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK J. JONES, | CASE NO. CV 09-00019 JVS (RZ) |
| Petitioner, | |
| | JUDGMENT |
| vs. | |
| LARRY SCRIBNER, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of FRANK J. JONES, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: July 10, 2009

*/s/ James V. Selna*

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE